■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY LEWIS, Appellant. [978 NYS2d 707]—

Concur—Sweeny, J.P., Acosta, Saxe, Moskowitz and Clark, JJ.